171 A.3d 1270

IN RE: ACCUTANE LITIGATION

M–184 Sept.Term 2017
079958

October 20, 2017

ORDER

It is ORDERED that the motion of the Medical Society of New Jersey, the American Medical Association, the American Academy of Dermatology, the Society for Investigative Dermatology, the American Acne and Rosacea Society, and the Dermatological Society of New Jersey for leave to appear as amicus curiae is granted limited solely to the brief that accompanied the motion. The parties may serve and file briefs in response on or before November 15, 2017.